Official Form 420A (Notice of Motion or Objection) (12/16)                          WELTMAN #040429870

United States Bankruptcy Court
Northern District of Illinois

| | |
|---|---|
| In Re OMAR MUNOZ | ) Case No. 19-21942 |
| | ) |
| | ) Chapter 7 |
| Address 43345 N Lewis Ave., Winthrop Harbor, IL 60096 | ) |
| Last four digits of Social Security or Individual Tax-payer Identification (TIN) No(s). (if any) 7310 | ) |
| Employers Tax Identification (EIN) No(s). (if any) | |

**NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Integon National Insurance Company as attorney in fact for Landmark Credit Union has filed papers with the court to obtain Relief from the Automatic Stay.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant Relief from Stay, or if you want the court to consider your views on the motion then you or your attorney must:

Attend the hearing scheduled to be held on September 4, 2019, at 10:00 a.m., or as soon thereafter as counsel may be heard before the Honorable Judge Timothy A Barnes at:

219 South Dearborn St., Chicago, IL 60604, Courtroom 744

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: August 28, 2019

/s/Monette W. Cope
Monette W. Cope ,
180 N. La Salle Street
Chicago, IL 60601
Phone: 216-635-5827
Fax: 312-782-4201
ARDC #6198913

## Certificate of Service

I hereby certify that on 28th day of August, 2019 a copy of the Notice of Motion and Motion was served on the following registered ECF Participants, **electronically** through the court's ECF System at the email address registered with the court:

David M Siegel, Attorney for Debtor at davidsiegelbk@gmail.com

Miriam R Stein, Chapter 7 Trustee mstein@chuhak.com

Patrick S Layng, U.S. TRUSTEE at USTPRegion11.ES.ECF@usdoj.gov

and on the following by **ordinary U.S. Mail** addressed to:

Omar Munoz
43345 Lewis Ave.
Winthrop Harbor, IL 60096

        Respectfully submitted,

        **WELTMAN, WEINBERG & REIS CO., L.P.A.**

        By: /s/ Nicole M. Perichak
            Nicole M. Perichak, Legal Assistant

WELTMAN# 040429870

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS (EASTERN DIVISION)

In Re: OMAR MUNOZ

                              Debtor,

Case No. 19-21942
Chapter 7
Hon. Timothy A. Barnes

_____/

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Now comes Integon National Insurance Company as attorney in fact for Landmark Credit Union, by and through its attorneys, Weltman, Weinberg & Reis Co. L.P.A., and states the following as its Motion for Relief from Automatic Stay:

1. This action is commenced pursuant to 11 U.S.C. § 361, 362, 363 and other Sections of Title 11 of the Bankruptcy Code.

2. Debtor, OMAR MUNOZ, filed a petition under 11 U.S.C., Chapter 7, on August 5, 2019.

3. Pursuant to the provisions of 11 U.S.C. § 362(a), the filing of the Debtor's petition operates as an automatic stay against Integon National Insurance Company as attorney in fact for Landmark Credit Union's rights as a secured creditor to proceed against Debtor and his or her collateral.

4. On June 7, 2016, the Debtor herein did execute and deliver to the Movant a certain Retail Installment Contract in the amount of $30,788.73 (Exhibit A), secured by a security interest in a 2016 CHEVROLET MALIBU, Motor Vehicle Serial 1G1ZH5SX4GF298589 (Exhibit B).

5. There remains due and owing on the Retail Installment Contract referenced in paragraph four hereof, the sum of $18,750.00 plus interest.

6. The collateral is valued at $12,800.00 and encumbered by other liens in the amount of $0.00 according to the schedules.

7. Creditor has not been adequately protected by periodic payments or otherwise since the filing of the Debtor's petition and the entire balance came due on July 15, 2019.

8.  Debtor's Statement of Intention is to reaffirm the loan with creditor that secures its collateral.

9.  Creditor believes that there is no equity in the collateral and that it is of inconsequential value and benefit to the estate.

10. Creditor further believes that it lacks adequate protection because it has not been provided with insurance information on its collateral.

11. Continuation of the automatic stay will work real and irreparable harm to Integon National Insurance Company as attorney in fact for Landmark Credit Union and will deprive it of the adequate protection to which it is entitled.

12. Integon National Insurance Company as attorney in fact for Landmark Credit Union is entitled to relief from stay to recover possession of the collateral and liquidate its security interest.

13. Integon National Insurance Company as attorney in fact for Landmark Credit Union specifically requests that the fourteen-day stay pursuant to Rule 4001(a)(3) prior to enforcement of the order requested herein be waived; such grace period is designed solely for appeal purposes, and an appeal in this matter would be frivolous and without merit.

WHEREFORE, Integon National Insurance Company as attorney in fact for Landmark Credit Union prays this honorable Court Order that the automatic stay be lifted so as to permit Integon National Insurance Company as attorney in fact for Landmark Credit Union to proceed to enforce its security interest in the collateral.

Respectfully submitted,

**WELTMAN, WEINBERG & REIS CO., L.P.A.**

Date: August 28, 2019

By: /s/ Monette Cope
Monette Cope
180 N. LaSalle Street, Suite 2400
Chicago, IL 60601
mcope@weltman.com
216-635-5827
312-782-4201 (fax)
ARDC # 6198913
Attorney for Creditor
Integon National Insurance Company